PD-1427-13
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/17/2015 12:41:29 PM
Accepted 2/17/2015 12:44:38 PM
ABEL ACOSTA
CLERK

LAW OFFICES

GOLDSTEIN, GOLDSTEIN AND HILLEY

310 S. ST. MARY'S STREET, SUITE 2900
SAN ANTONIO, TEXAS 78205-3117

ELI GOLDSTEIN
(1910-1998)
GERALD H. GOLDSTEIN
LICENSED IN TEXAS AND COLORADO
VAN G. HILLEY
CYNTHIA HUJAR ORR
DONALD H. FLANARY, III

AREA CODE 210
TELEPHONE 226-1463

AREA CODE 210
FACSIMILE 226-8367

February 17, 2015

FILED IN
COURT OF CRIMINAL APPEALS

Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas    78711

February 18, 2015

ABEL ACOSTA, CLERK

Re:    Cameron, Vanessa
       CCA No. PD-1427-13
       Trial Court Case No. 2010CR4286C

Gentlemen:

Please be advised that I will appear for Oral Argument in the above entitled and numbered cause on March 18, 2015 at 9 AM.

Respectfully,

Gerald H. Goldstein
For GOLDSTEIN, GOLDSTEIN & HILLEY

GHG/DD

xc:    Bexar County District Attorney
       Jay Brandon, Assistant District Attorney
       Don Flanary, Esq.
       John T. Hunter, Esq.